UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALBERT ANTHONY GRAYER                      CIVIL ACTION

VERSUS                                     NUMBER: 08-3833

WARDEN RANDY PINION                        SECTION: "N"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this 30th day of December, 2008.

UNITED STATES DISTRICT JUDGE